DEBORAH S. TROPP, ESQ. – BAR NO. 162613
RYAN D. BRAUN, ESQ. – BAR NO. 350903
MCNEIL TROPP & BRAUN LLP
4695 MacArthur Court, Suite 800
Newport Beach, California 92660
(949) 259-2890; Fax: (949) 259-2891
dtropp@mtbattorneys.com; rbraun@mtbattorneys.com

Attorneys for Defendant COSTCO WHOLESALE CORPORATION

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| ANTONIO SANTOS RAMIREZ,<br><br>Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION; DOE 1; and DOES 2 to 20,<br><br>Defendants. | CASE NO. 2:26-cv-08204-MWF-BFMx<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER** |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is granted.

**IT IS SO ORDERED.**

DATED: October 14, 2026

By:________________________________
BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE